RICHARD H. LEE, ESQ., STATE BAR NO. 004925
LAW OFFICES OF RICHARD H. LEE
POST OFFICE BOX 7749
PHOENIX, ARIZONA 85011-0749
PHONE: 602-680-3420
FAX: 602-680-3420
E-MAIL: LEE@AZBAR.ORG

ATTORNEY FOR

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | **CHAPTER 13** |
|---|---|
| IN RE: Robert Richard Baughman and Kathie Louise Baughman | **CASE NO.. 2:09-BK-14822-SSC** |
| Debtor. | |
| BAC Home Loans Servicing LP , | **RESPONSE MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY AND E\|REQUEST FOR HEARING** |
| Movant, | |
| vs. | RE: Real Property Located at 6727 E. Dove Valley Rd. Cave Creek, AZ 85331 |
| Robert Richard Baughman and Kathie Louise Baughman, Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

Debtors respond to the Motion for Releif filed by BAC Home Loans Servicing LP and Request a hearing thereon as follows:

1. Debtors admit that they are in default on Movants claim secured by their principal residents.

2. Debtors allege tha the Movan has failed to state a claim upon which rleif may be granted.

3. Debtors allege that Debtors are seeking to negotiate a Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement

with respect to the subject deed of trust,

    4.    Debtors stipulate that relief may be entered as prayed by the movant

        [That Movant be granted] relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

    5.    For the reasons set forth Debtors request that an order be entered as set forth in the forgoing paragraph without further notice or hearing but that no further relief may be entered except after a hearigg on notice to the Debtors

Wherefore Debtor request that Movnts motion be granted to the extent [That Movant be granted] relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. Povided, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case. And request that the Motion be denied in all other respects and that they have such othr relief as is just.

                                                **LAW OFFICES OF RICHARD H. LEE, P.A.**

                                               /S/Richard H. Lee [rl4925]
Post Office Box 7749
Phoenix, Arizona 85011-7749

                                             Attorney for Debtor